IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KEVIQUE TECHNOLOGY, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:16-cv-00370 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| MOTOROLA SOLUTIONS, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Motion for Dismissal without Prejudice of all the claims filed by Plaintiff Kevique Technology, LLC ("Plaintiff") (Dkt. No. 6), the Motion for Dismissal without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant Motorola Solutions, Inc., are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

The Clerk is instructed to close the case and all matters herein not otherwise disposed of by this order are Denied as Moot.

**So ORDERED and SIGNED this 17th day of May, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE